IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: August 5, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00881-RPM

DAVA DALVIT,                                                      John R. Olsen

      Plaintiff,

v.

UNITED AIR LINES, INC.,                                  Matthew B. Finnigan

      Defendant.

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**9:56 a.m.**      **Court in session.**

Discussion regarding pending related case, EEOC, bankruptcy issue, claims (separation/ dependency), discovery and stay.

Court states the defendant's bankruptcy does not effect claims in this case.

**ORDERED:**     **Case stayed pending motions in case 07-cv-00725-WDM-CBS. Unopposed Motion for Entry of Protective Order, filed August 4, 2008 [8], is moot.**

**10:18 a.m.**     **Court in recess.**

Hearing concluded. Total time: 22 min.