IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00881-RPM

DAVA DALVIT,

        Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

_____

STAY ORDER
_____

After conferring with counsel at the scheduling conference held today and considering the relationship the issues in this case may have with Civil Action 07-cv-00725-WDM-CBS in which Dava Dalvit is one of the plaintiffs and United Air Lines is the defendant and the Court having concluded that proceedings in this civil action should be stayed pending disposition of motions to dismiss and for summary judgment in the related case, it is now

ORDERED that all further proceedings in this civil action are stayed and counsel will submit a status report to this Court after the motions have been determined.

DATED: August 5th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge