IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00881-RPM

DAVA DALVIT,

        Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

_____

ORDER LIFTING STAY AND SETTING SCHEDULING CONFERENCE DATE
_____

Upon consideration of plaintiff's unopposed motion to lift stay, it is

ORDERED that the motion is granted and a second scheduling conference will be held on **September 9, 2008, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 4, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: August 18th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge