IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00881-RPM

DAVA DALVIT,

       Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

_____

ORDER VACATING SCHEDULING CONFERENCE DATE
_____

      Upon consideration of Plaintiff's Unopposed Motion to Continue Scheduling Conference [13], filed today, it is

      ORDERED that the second scheduling conference set for September 9, 2008, is vacated and will be reset at a later date.

      DATED: September 8th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge