# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00881-RPM-MEH

DAVA DALVIT,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

---

THIS MATTER is before the Court on the Unopposed Motion for Withdrawal of Matthew B. Finnigan (the "Motion"). Upon review of the Motion, the Court finds that sufficient grounds exist for granting the relief requested therein. Accordingly,

IT IS HEREBY ORDERED that Matthew B. Finnigan is allowed to withdraw from this matter as counsel of record for Defendant, United Air Lines, Inc., and his name shall be removed from all future pleadings and other documentation related to this matter.

DATED: May 26th, 2009.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge