IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00881-RPM

DAVA DALVIT,

       Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

_____

ORDER DIRECTING PLAINTIFF TO RESPOND TO SUPPLEMENTAL AUTHORITY
_____

On January 4, 2010, Defendant United Air Lines submitted supplemental authority in support of its motion for summary judgment, consisting of the Order and Judgment entered by the Tenth Circuit Court of Appeals on December 21, 2009, in deciding the appeals of Dava Dalvit and Debra Benjamin from the summary judgment granted in Civil Actions 07-cv-00725 and 07-cv-00726 by Judge Miller.  The appellate court discussed at length the discrimination claims of Debra Benjamin and then made the analysis applicable to Dava Dalvit.  It is unclear as to what effect the opinion has on the claims pending before this Court in this action.  Accordingly, it is

ORDERED that the plaintiff shall file a response to the supplemental authority setting forth what her view is with respect to the effect of the appellate court's opinion on the claims pending in this court.  The response shall be filed on or before February 10, 2010.

DATED:  January 21st, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge