IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 30, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00881-RPM

DAVA DALVIT,                                                                                John R. Olsen

     Plaintiff,

v.

UNITED AIR LINES, INC.,                                          Steven M. Gutierrez

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**1:55 p.m.**     **Court in session.**

Court's preliminary remarks and comments regarding the U.S. Court of Appeals 10th Circuit decision.

2:00 p.m.     Argument by Mr. Gutierrez.
2:08 p.m.     Argument by Mr. Olsen.

Mr. Olsen states he believes the bankruptcy was initiated in 2001 and terminated in 2006.

**ORDERED:**     Defendant's Motion for Summary Judgment, filed March 17, 2009 [26], is denied with respect to the retaliation claim and granted with respect to the gender discrimination claim.

**ORDERED:**     Plaintiff's oral motion to dismiss the Colorado Civil Rights Act claim is granted and dismissed.

**ORDERED:**     Defendant's Motion to Strike, filed May 22, 2009 [38], is moot.

Discussion regarding scheduling.

**ORDERED:**     Pretrial Conference set May 28, 2010 at 2:00 p.m. and a proposed pretrial order submitted in paper directly to chambers by 4:00 p.m. May 21, 2010.

**2:27 p.m.**     **Court in recess.**   Hearing concluded. Total time: 32 min.