IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00881-RPM

DAVA DALVIT,

       Plaintiff,

v.

UNITED AIR LINES, INC.,

       Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference held on May 28, 2010, it is

ORDERED that this matter is set for trial to jury on **March 14, 2011, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:    June 1st 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge