# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. : 08-cv-00881-RPM

DAVA DALVIT,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice [80] filed by the parties today, it is

**ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear their own attorneys' fees and costs. It is

**FURTHER ORDERED** that the terms of the Agreement between the parties pursuant to which the Stipulation for Dismissal with Prejudice has been filed are to be kept strictly confidential by Plaintiff Dava Dalvit and that any disclosure of such terms except as may be required by law, may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.

DATED: March 1, 2011

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge